GEORGE P. OPPEL, Individually, and as Guardian ad Litem of GEORGE L. OPPEL, an Infant, Appellant, *v.* CITY OF LONG BEACH, Respondent.

Submitted April 28, 1942; decided May 28, 1942.

James G. Blake and George E. Mulry for appellant.

Bernard H. Reich, Corporation Counsel (Louis A. Friedman of counsel), for respondent.

Judgment affirmed, with one bill of costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.